AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

VIRGINIA D.,

*Plaintiff*

v.

KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,

*Defendant*

Civil Action No.  2:20-cv-00408-LRS

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 17, 2022

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's Motion for Summary Judgment (ECF No. 17) is GRANTED, in part, and the matter is REMANDED to the Commissioner for additional proceedings consistent with the Order filed at ECF No. 20. Defendant's Motion for Summary Judgment (ECF No. 18) is DENIED. Judgment is entered for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Lonny R. Suko  on motions for Summary Judgment (ECF Nos. 17 and 18).

Date:  2/17/2022

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*

Lee Reams